IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
CHERYL A. CLIFT,                    )
                                    )    2:11-cv-00578-GEB-EFB
          Plaintiff,                )
                                    )
     v.                             )    ORDER
                                    )
BETTY COMAN; SUTTER DAVIS           )
HOSPITAL; AND DOES 1 through 100    )
inclusive,                          )
                                    )
          Defendants.*              )
_____)
```

       This case was removed from state court, following which the United States substituted itself in place of defendants other than those named in the above caption. Further, the United States has been dismissed for lack of subject matter jurisdiction. Since only state claims remain in this case, this case is REMANDED to the Yolo County Superior Court in California from which it was removed.

Dated: April 12, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

    *   The caption has been amended according to the dismissal of Plaintiff's claims against the United States of America. (ECF No. 7.)

1